KESSLER EXPORT CORPORATION, a domestic corporation, Plaintiff-Appellant,

v.

RELIANCE INSURANCE COMPANY OF PHILADELPHIA, PA., and American Insurance Company of Newark, N. J., Defendants-Appellees.

No. 167, Docket 27680.

United States Court of Appeals Second Circuit.

Argued Dec. 7, 1962.

Decided Dec. 7, 1962.

Robert Heller, William A. Stetter, Jr., Brooklyn, N. Y., (Setter & Levy, Alan C. Levy, Brooklyn, N. Y., of counsel, for appellant.

Greenhill & Speyer, Simon Greenhill, New York City, (John M. Speyer, New York City, of counsel) for appellee, Reliance Ins. Co.

Abrams & Bleich, Benjamin M. Haber, New York City, for appellee, American Ins. Co.

Before SWAN, FRIENDLY and MARSHALL, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court on the opinion below 207 F.Supp. 355.